# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **NIKKO KROHN, #11119-089** § | | |
| *Plaintiff* § | | |
| v. § | | CIVIL ACTION NO. 4:22cv1026 |
| § | | |
| **USP WARDEN, ET AL.** § | | |
| *Defendants* § | | |

## ORDER OF DISMISSAL

This case was referred to United States Magistrate Judge Christine A. Nowak, who issued a Report and Recommendation that recommended Plaintiff's lawsuit be dismissed without prejudice for want of prosecution. The Report and Recommendation of the Magistrate Judge (Dkt. #14), which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed, the Court finds that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's complaint (Dkt. #1) is **DISMISSED** without prejudice. All motions by either party not previously ruled on are hereby **DENIED**.

So ORDERED and SIGNED this 14th day of June, 2023.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE